# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID HOWELL,

    Petitioner,

vs.

BILL DONAT, et al.,

    Respondents.

Case No. 3:08-CV-00013-LRH-(RAM)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (First Request) (#9), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#9) is **GRANTED**. Respondents shall have through May 26, 2008, to file and serve an answer or other response to the Petition (#6).

    DATED this 14th day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE