# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DAVID HOWELL,

    Petitioner,

vs.

BILL DONAT, et al.,

    Respondents.

Case No. 3:08-CV-00013-LRH-(RAM)

**ORDER**

    Petitioner having submitted a Motion for Enlargement of Time (First Request) (#21), and good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Motion for Enlargement of Time (First Request) (#21) is **GRANTED**. Petitioner shall have through September 22, 2008, to file and serve a response to the Motion to Dismiss (#16).

    DATED this 26th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE