AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

DAVID HOWELL,

      Petitioner,　　　　JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:08-cv-00013-LRH-RAM**

BILL DONAT, et al.,

      Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (Document No. 6) is DENIED.

  February 18, 2011　　　　　　　　　　　　　　　**LANCE S. WILSON**
                                                       Clerk

                                                       /s/ Katie Lynn Ogden
                                                        Deputy Clerk